--------------------------------------------------------------------------------

 NUMBER 13-12-00426-CV

 COURT OF APPEALS

 THIRTEENTH DISTRICT OF TEXAS

 CORPUS CHRISTI - EDINBURG 
____________________________________________________________

DOSETTA LEWIS, Appellant, 

 v.

MARION KEITH LEWIS, Appellee. 
____________________________________________________________

 On appeal from the 319th District Court
 of Nueces County, Texas.
____________________________________________________________

 ORDER

 Before Justices Garza, Benavides, and Perkes
 Order Per Curiam

This appeal was abated by this Court on January 25, 2013, for purposes of mediation per the parties' mediated settlement agreement. On August 15, 2013, the Court advised the parties to update the Court on the status of the settlement. Appellee responded that the parties were discussing revisions of the final decree. Since then there has been no activity in this appeal.

The Court hereby orders the parties to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. 
Failure to respond to this order will result in reinstatement and dismissal of the appeal for want of prosecution. See Tex. R. App. P. 42.3(b),(c).
It is so ORDERED.
PER CURIAM

Delivered and filed the 
2[nd] day of April, 2014.